IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES REX CASTO,

    Plaintiff,

v.

U.S. DEPARTMENT OF
VETERAN AFFAIRS,

    Defendant.

:
:
:
:
:

Case No. 3:17-cv-383

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING PARTIES' JOINT MOTION TO STAY PENDING POSSIBLE ADMINISTRATIVE RESOLUTION (DOC. #25); ADMINISTRATIVELY PROCESSING CASE; VACATING JULY 11, 2018, PRELIMINARY PRETRIAL CONFERENCE; SETTING TELEPHONE STATUS CONFERENCE FOR JANUARY 4, 2019

---

This matter is currently before the Court on the Parties' Joint Motion to Stay Pending Possible Administrative Resolution, Doc. #25. They propose staying the case until Plaintiff's first EEO action, 200H 0552 2017101354, is fully resolved, and holding a status conference in approximately six months. For good cause shown, the Court SUSTAINS that motion.

The Clerk is directed to administratively process this case. The Court VACATES the Preliminary Pretrial Conference currently scheduled for July 11, 2018. A telephone status conference will be held on January 4, 2019, at 4:45 p.m.

Date: July 2, 2018

_(signature)_
WALTER H. RICE
UNITED STATES DISTRICT JUDGE