IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JASON REX CASTO :

    Plaintiff, : Case No. 3:17cv383

- vs - :

                                     Judge Walter H. Rice

U.S. DEPARTMENT OF VETERAN AFFAIRS
                                     :

    Defendant.

---

**ORDER**

---

It is hereby ordered that the above captioned cause be administratively processed.[1]

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiff is exhausting administrative remedies.